UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X
EK SUCCESS, LTD.,                           :
                                            :   Civil Action No. 08 CV 2020
            Plaintiff,                      :
                                            :   **NOTICE OF DISMISSAL**
     v.                                     :
                                            :
SEW EASY INDUSTRIES, INC.                   :
and QVC, INC.,                              :
                                            :
            Defendants.                     :
----------------------------------------------X

Pursuant to Rules 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses its Complaint and all claims therein, without prejudice.

Dated: New York, New York
       June 12, 2008

                                        Respectfully submitted,

                                        _____
                                        Robert Haroun, Esq. (RH-5646)
                                        Joseph Sofer, Esq. (JS-3265)
                                        SOFER & HAROUN, LLP
                                        *Attorneys for Plaintiff*
                                        317 Madison Avenue, Suite 910
                                        New York, New York 10017
                                        E-mail: joesofer@soferharoun.com
                                        Tel: 212-697-2800