UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
EK SUCCESS, LTD.,

        Plaintiff,

v.

SEW EASY INDUSTRIES, INC.
and QVC, INC.,

        Defendants.
-------------------------------------------------X

Civil Action No. 08 CV 2020

**NOTICE OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JUN 1 7 2008

Pursuant to Rules 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses its Complaint and all claims therein, without prejudice.

Dated: New York, New York
       June 12, 2008

The Clerk of Court is requested to close this case.

SO ORDERED.

_____
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

_____
Robert Haroun, Esq. (RH-5646)
Joseph Sofer, Esq. (JS-3265)
SOFER & HAROUN, LLP
*Attorneys for Plaintiff*
317 Madison Avenue, Suite 910
New York, New York 10017
E-mail: joesofer@soferharoun.com
Tel: 212-697-2800